■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER DUDLEY, Appellant. [703 NYS2d 489] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered April 30, 1997, upon a jury verdict, convicting him of burglary in the third degree (two counts), and robbery in the third degree, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The trial court erred in failing to sanction the People for their failure to provide the defendant with his arrest photograph (*see,* CPL 240.20 [1] [d]). The failure to provide the photograph prejudiced the defendant and warrants reversal (*People v DaGata,* 86 NY2d 40; *see also, People v Cobb,* 104 AD2d 656).

In light of our determination we need not reach the defendant's remaining contention. Mangano, P. J., Thompson, Altman and Luciano, JJ., concur.